E-FILED
Wednesday, 04 June, 2008 09:25:58 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

FILED
JUN - 2 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | WARRANT FOR ARREST |
| Plaintiff | ) | |
| | ) | |
| vs | ) | |
| | ) | CASE NO. 08-M- 3040 |
| THOMAS A. YARRINGTON, | ) | |
| | ) | |
| Defendant | ) | |

TO:   THE U. S. MARSHAL and any
      AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest Thomas A. Yarrington, and bring him forthwith to the nearest magistrate judge to answer a Complaint charging him with conspiracy to distribute a controlled substance, in violation of Title 21, United States Code, Section 846.

Byron G. Cudmore
Name of Judicial Officer

s/ Byron G. Cudmore

_____
Signature of Judicial Officer

United States Magistrate Judge
Title of Judicial Officer

May 28, 2008 at Springfield, Illinois
Date and Location

US MARSHALS SERVICE
CENTRAL IL
2008 MAY 28 P 4:49
RECEIVED

BYRON CUDMORE
UNITED STATES
MAGISTRATE JUDGE

Bail fixed at $ No Bail by _____ .

---

### RETURN
This warrant was received and executed with the arrest of the above named defendant at *Springfield*

| Date Received 5/28/08 | Name of Arresting Officer Kevin Rawlins | Signature of Arresting Officer |
| Date of Arrest 5/19/08 | Title of Arresting Officer ATF | |