**E-FILED**
Thursday, 05 June, 2008  03:38:39 PM
Clerk, U.S. District Court, ILCD

### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) Case No: 08-M-3040 | |
| | ) | |
| THOMAS A. YARRINGTON, | ) | |
| | ) | |
| Defendant. | ) | |

### PETITION FOR WRIT OF HABEAS
### CORPUS AD PROSEQUENDUM

Petitioner, the United States of America, by Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Jason M. Bohm, Assistant United States Attorney, respectfully show to this Honorable Court that Thomas A. Yarrington, (Date of birth 03/06/1982), is now confined in the Sangamon County Jail, Springfield, Illinois, in the custody of the Warden thereof.

That Thomas A. Yarrington's appearance is necessary in connection with the above-captioned case hearing on June 10, 2008 at 4:00 p.m.

That, in the interest of all parties, it is necessary that Thomas A. Yarrington be transported to the Central District of Illinois and be produced before U.S. Magistrate Byron G. Cudmore at the Federal Building at 600 East Monroe Street, Springfield, on June 10, 2008 at 4:00 p.m.

WHEREFORE, your Petitioner prays that a Writ of Habeas Corpus Ad Prosequendum be directed to the Warden of the Sangamon County Jail, Springfield, Illinois, and the United States Marshal for the Central District of Illinois, Springfield, Illinois, commanding them to transport Thomas A. Yarrington to the Central District of Illinois, and to produce him in the Federal Building

at 600 East Monroe Street, Springfield, Illinois, on June 10, 2008 at 4:00 p.m. for hearing in the

above-captioned case and as necessary on any date thereafter.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY


/s/ Jason M. Bohm
Jason M. Bohm, Reg. No. 6281046
U.S. Attorney's Office
318 South 6th Street
Springfield, IL   62701
Telephone: 217/492-4450
jason.bohm@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No: 08-M-3040 |
| | ) | |
| THOMAS A. YARRINGTON, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>WRIT OF HABEAS CORPUS AD PROSEQUENDUM</u>**

TO:    The Warden of Sangamon County Jail, Springfield, Illinois
       U.S. Marshal for the Central District of Illinois

G R E E T I N G S:

      We command you, the Warden of the Sangamon County Jail, Springfield, Illinois, and the United States Marshal for the Central District of Illinois, Springfield, Illinois, to transport Thomas A. Yarrington (Date of birth 03/06/1982) to the Central District of Illinois, and to produce him before U.S. Magistrate Byron G. Cudmore in the Federal Building at 600 East Monroe Street, Springfield, Illinois, for hearing on  June 10, 2008 at 4:00 p.m., and on any date necessary for his appearance as required; and after his appearance is no longer necessary in said cause, that you return Thomas A. Yarrington to the Sangamon County Jail, Springfield, Illinois, under safe and secure conduct, and have you then and there this Writ.

      WITNESS the Honorable Pamela E. Robinson, United States Clerk of the said Court, and the seal thereof, at the City of Springfield, this _____ day of _____, 2008.

                                _____
                                  PAMELA E. ROBINSON, Clerk
                                  United States District Court
                                  for the Central District of Illinois

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No: 08-M-3040 |
| | ) | |
| THOMAS A. YARRINGTON, | ) | |
| | ) | |
| Defendant. | ) | |

### O R D E R

This matter coming on to be heard on the Petition of the government, and it appearing to the Court that Thomas A. Yarrington (Date of birth 03/06/1982), is now confined in the Sangamon County Jail, Springfield, Illinois, in the custody of the Warden thereof, it further appearing that the said Thomas A. Yarrington is the defendant in this cause and his appearance is necessary in connection with the above hearing on  June 10, 2008 at 4:00  p.m.

IT IS, THEREFORE, ORDERED that a Writ of Habeas Corpus Ad Prosequendum be issued commanding the Warden of Sangamon County Jail, Springfield, Illinois, and the United States Marshal for the Central District of Illinois, Springfield, Illinois, to transport Thomas A. Yarrington to the Central District of Illinois and to produce him before U.S. Magistrate Byron G. Cudmore in the Federal Building at 600 East Monroe Street, Springfield, Illinois, on June 10, 2008 at 4:00 p.m., and on any date necessary for hearing and from day to day thereafter until he shall have been released.

_____
U.S. Magistrate Byron G. Cudmore

ENTERED:  This _____ day of _____, 2008.