IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No: 08-M-3040 |
| ) | |
| THOMAS A. YARRINGTON, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter coming on to be heard on the Petition of the government, and it appearing to the Court that Thomas A. Yarrington (Date of birth 03/06/1982), is now confined in the Sangamon County Jail, Springfield, Illinois, in the custody of the Warden thereof, it further appearing that the said Thomas A. Yarrington is the defendant in this cause and his appearance is necessary in connection with the above hearing on June 10, 2008 at 4:00 p.m.

IT IS, THEREFORE, ORDERED that a Writ of Habeas Corpus Ad Prosequendum be issued commanding the Warden of Sangamon County Jail, Springfield, Illinois, and the United States Marshal for the Central District of Illinois, Springfield, Illinois, to transport Thomas A. Yarrington to the Central District of Illinois and to produce him before U.S. Magistrate Byron G. Cudmore in the Federal Building at 600 East Monroe Street, Springfield, Illinois, on June 10, 2008 at 4:00 p.m., and on any date necessary for hearing and from day to day thereafter until he shall have been released.

s/ Byron G. Cudmore
_____
U.S. Magistrate Byron G. Cudmore

ENTERED: This  5th  day of  June , 2008.