IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-MJ-3040 |
| | ) | |
| JESSIE JAMES JOINER, | ) | |
| JEREMY L. WALLACE, and | ) | |
| THOMAS A. YARRINGTON | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO DISMISS

The United States of America, by its attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Assistant United States Attorney Jason M. Bohm, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, moves for the dismissal of the complaint, without prejudice, pending further investigation.

WHEREFORE, it is requested that the complaint be dismissed without prejudice.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY


/s/ Jason M. Bohm
Jason M. Bohm
Assistant United States Attorney
318 South Sixth Street
Springfield, IL  62701
Telephone:  (217) 492-4450
jason.bohm@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on <u>June 19, 2008</u>, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jon Gray Noll

Noll Law Office
802 S. 2nd St.
Springfield, IL 62704-2602


D. Peter Wise

Gates Wise & Schlosser PC
1231 So Eighth Street
Springfield, IL 62703-2516


Brian J. Dees

Law Office of Brian Dees
1035 South Second St
Springfield, IL 62704-3004


 

/s/ Jason M. Bohm
Jason M. Bohm
Assistant United States Attorney
318 South Sixth Street
Springfield, IL 62701
(217) 492-4450
jason.bohm@usdoj.gov