E-FILED
Monday, 23 June, 2008, 02:04:58 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No: 08-M-3040 |
| THOMAS A. YARRINGTON, | ) |
| Defendant. | ) |



FILED
JUN 2 0 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: The Warden of Sangamon County Jail, Springfield, Illinois
U.S. Marshal for the Central District of Illinois

G R E E T I N G S:

We command you, the Warden of the Sangamon County Jail, Springfield, Illinois, and the United States Marshal for the Central District of Illinois, Springfield, Illinois, to transport Thomas A. Yarrington (Date of birth 03/06/1982) to the Central District of Illinois, and to produce him before U.S. Magistrate Byron G. Cudmore in the Federal Building at 600 East Monroe Street, Springfield, Illinois, for hearing on June 10, 2008 at 4:00 p.m., and on any date necessary for his appearance as required; and after his appearance is no longer necessary in said cause, that you return Thomas A. Yarrington to the Sangamon County Jail, Springfield, Illinois, under safe and secure conduct, and have you then and there this Writ.

WITNESS the Honorable Pamela E. Robinson, United States Clerk of the said Court, and the seal thereof, at the City of Springfield, this  6th  day of  June , 2008.

s/ Pamela E. Robinson

PAMELA E. ROBINSON, Clerk
United States District Court
for the Central District of Illinois

Returned Unexecuted. Deft. bonded out of jail on 6-6-08.

J. Good
6-9-08